# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147355

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

MARYANNE GODBOLDO,
　　　　　Defendant-Appellant.

SC: 147355
COA: 308459
Wayne CC: 11-009184-AR

_____/

On order of the Court, the application for leave to appeal the May 28, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2013



s1113

Clerk